# WAIL ARRAIGNMENT & PLEA CALENDAR FOR DECEMBER 21, 2005

UNITED STATES MAGISTRATE BARRY M. KURREN

ORIGINAL

Page 2

| Name | CR Num | CNT | Cit #/Viol Dt | Violation | Disposition |
|---|---|---|---|---|---|

**16)** ROMANSKI, FELIX L.    CR 05-00396    1    R2407651 H40    HRS 291E-61    Fine  250 -
03/13/2005    D.U.I.    SA 5 -

*dft. present*

CONT FROM 9/7/05 A & P (AIR FORCE); CONT
FROM 11/2/05 A & P - DFT TO PLEAD GUILTY

*plea guilty to DUI*
*14 hr*
*90 hr license susp - already completed.*
*monitoring alcohol assessment. POC: 6-21-06 @ 930*
*dft has 90 days to complete fine.*

---

Atty: LORETTA FAYMONVILLE, AFPD

**17)** TABACO, DERRICK D.    CR 05-00396    2    R2407652 H40    HRS 286-102    Fine _____
03/13/2005    NO LICENSE    SA _____

*dismissed*

PS ISSUED FROM 6/15/05 A & P; PS RECEIVED
BY ALBERTA L. TABACO FOR DFT ON 11/4/05

*Pamela Byrne*

P447756 H51    36 CFR 4.2    Fine _____
04/16/2005    VEHICLE REGISTRATION REQUIRED    SA _____

*BW 100%*

P447755 H51    36 CFR 4.2    Fine _____
04/16/2005    SAFETY INSPECTION REQUIRED    SA _____

Atty:

BW $100 UNSECURED

---

APPROVED AND SO ORDERED

_____
Magistrate Judge BARRY M. KURREN

APPROVED

_____
Asst. U.S. Attorney KENNETH M. SORENSON

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 21 2005

at _____ o'clock and _____ min. ___ M
SUE BEITIA, CLERK

Dated: 12/21/2005