# WAIL TRIAL CALENDAR FOR SEPTEMBER 20, 2006

## UNITED STATES MAGISTRATE KEVIN S. C. CHANG

ORIGINAL    Page 1

| | Name | CR Num | CNT | Cit #/Viol Dt | Violation | Proc Fee | Disposition Fine | SA | Total |
|---|---|---|---|---|---|---|---|---|---|

**T- 1)** BURKE, DANIEL T.

PS ISSUED FROM 06/21/06 A&F; PS RETURNED SIGNED BY TIME BURKE, 07/05/06

Atty:
CNT: P0623302 H51
01/21/2006
36 CFR 1.5(F)
VIOLATING CLOSURE/CONDITION
$25.00

BW — #100 signature
*please note, this should be on the TF calend.
NW

**T- 2)** ROMANSKI, FELIX L.

CONT FROM 9/7/05 A & P (AIR FORCE); CONT FROM 11/2/05 A & P - DFT TO PLEAD GUILTY; PLEA OF GUILTY ENTERED AS TO COUNT 1 - 14 HRS A&EA, MANDATORY ALCOHOL ASSESSMENT; 90 DAYS LIC SUSP COMPLETED, FINE: $250.00, SA: $5.00, CONT 2 DISMISSED; CONT FROM 12/21/05 A & P FOR POC ; CONT FROM 06/21/2006 POC

CR 05-00396
Atty: I
R2407651 H40
03/13/2005
DUI

VL_Fayimenuilii

NKT

By agmt of counsel
Cont 12/20/06

PROOF OF COMPLIANCE
$0.00

**T- 3)** DONOVAN, JASON M.
***** Bench Warrant *****

BW FROM 3/19/03; CONT AS TRIAL MATTER FROM 12/17/03 (NO ACTION ON BWS); CONT AS TRIAL MATTER FROM 3/17/04; FROM 6/16/04 - P0S9845 H51 -DUI - FINE: $500.00, $5.00, 6 MO DRIVER'S LIC SUSP W/ ALLOWANCE FOR DEFT TO DRIVE TO AND FROM WORK, 14 HRS AREA, AS TO P0S9847 H51 (DRIVE W/ SUSP LIC) - FINE: $200.00, SA: $5.00, 90 DAYS TO PAY FINE; CONT FOR POC FROM 6/16/04 (REQ BY FPD, USA NO OBJ - POC ONLY AS TO DUI); OUTSTANDING FINE OF $885, 14 HRS AREA OUTSTANDING - FINE REDUCED TO $315.00, INTEREST PREVIOUSLY ACCRUED TO BE PAID.

Atty: PAMELA BYRNE, AFPD
P0S9845 H51
11/09/2002
DUI

NKT

By agmt of counsel
Cont 12/20/06

PROOF OF COMPLIANCE
$0.00

Continued on next page

APPROVED AND SO ORDERED

[signature]
Magistrate Judge KEVIN S. C. CHANG

APPROVED

[signature]
Asst U.S. Attorney MARK INCIONG

Dated: 09/20/2006

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 20 2006

at ___ o'clock and ___ min. ___M
SUE BEITIA, CLERK