# WAIL TRIAL CALENDAR FOR DECEMBER 20, 2006
## UNITED STATES MAGISTRATE BARRY M. KURREN

| | Name | CR Num | CNT | Cit #/Viol Dt | Violation | Proc Fee | Disposition Fine SA | Total |
|---|---|---|---|---|---|---|---|---|
| T- 1) | ROMANSKI, FELIX L. | CR 05-00396 | 1 | R2407651 H40 03/13/2005 | DUI | $0.00 | | |

CONT FROM 9/7/05 A & P (AIR FORCE); CONT FROM 11/2/05 A & P - DEFT TO PLEAD GUILTY; PLEA OF GUILTY ENTERED AS TO COUNT 1 - 14 HRS AAEA, MANDATORY ALCOHOL ASSESSMENT; 90 DAYS LIC SUSP COMPLETED, FINE: $250.00, SA: $5.00, COUNT 2 DISMISSED; CONT FROM 12/21/05 A & P FOR POC ; CONT FROM 06/21/2006 POC; CONT FOR POC FROM 09/20/2006; pd. $317.50 on 10/24/2006; $10.90

| T- 2) | DONOVAN, JASON M. | | | P059845 H51 11/09/2002 | PROOF OF COMPLIANCE DUI | $0.00 | | |

Atty: LORI FAYMONVILLE, AFPD

***** Bench Warrant *****
BW FROM 3/19/03; CONT AS TRIAL MATTER FROM 12/17/03 (NO ACTION ON BWS); CONT AS TRIAL MATTER FROM 3/17/04; FROM 6/16/04 - P059845 H51 -DUI - FINE: $500.00, SA: $5.00, 6 MO DRIVER'S LIC SUSP W/ ALLOWANCE FOR DEFT TO DRIVE TO AND FROM WORK, 14 HRS AAEA, AS TO P059847 H51 (DRIVE W/ SUSP LIC) - FINE: $200.00, SA: $5.00, 90 DAYS TO PAY FINE; CONT FOR POC FROM 6/16/04 (REQ BY FPD, USA NO OBJ - POC ONLY AS TO DUI); OUTSTANDING FINE OF $885, 14 HRS AAEA OUTSTANDING - FINE REDUCED TO $315.00, INTEREST PREVIOUSLY ACCRUED TO BE PAID, CONT FROM 3/16/05 POC ; CONT FROM 12/21/05 POC; CONT FROM 3/15/06 POC ; CONT FROM 06/21/06 POC; CONT AS BW MATTER FROM 09/20/2006

No futhurpayment to date
Paid D's girlfriend proof; no futhur action.
Paid D's girlfriend proof EC/CC.

Continued on next page

Dated: 12/20/2006

APPROVED AND SO ORDERED
/s/ Magistrate Judge BARRY M. KURREN

APPROVED
/s/ Asst U.S. Attorney

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 20 2006
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK